700

68 So.2d 923

John L. SELDERS v. Ruth SELDERS.

6 Div. 457.

Supreme Court of Alabama.

June 4, 1953.

PER CURIAM.

Appeal dismissed.

68 So.2d 924

Eleanor B. SELLERS

v.

Conchetta VALENZUELA et al.

I Div. 524.

Supreme Court of Alabama.

Aug. 6, 1953.

Vickers & Thornton, Mobile, for appellant.

Godbold & Hobbs, Montgomery, and Jesse Hogan, Mobile, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

68 So.2d 924

H. Cam SMITH et al.

v.

CITY OF JASPER.

6 Div. 518.

Supreme Court of Alabama.

May 26, 1953.

PER CURIAM.

Appeal dismissed.

68 So.2d 924

Ex parte STATE ex rel. James M. BROOKMAN.

6 Div. 595.

Supreme Court of Alabama.

June 16, 1953.

PER CURIAM.

Petition dismissed.